O

1
2
3
4
5
6
7

8                UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,  )   Case No.: SA 07-0118M
                               )
12              Plaintiff,     )   ORDER OF DETENTION
                               )
13       vs.                   )   [8 U.S.C. § 1326]
                               )
14  RAMON LOPEZ,               )
                               )
15              Defendant.     )
                               )
16

17       Before the Court is the Government's request for an order detaining the defendant
18  on the ground that there is a serious risk defendant will flee.  The Government is not
19  entitled to a rebuttable presumption that no condition or combination of conditions will
20  reasonably assure defendant's appearance as required and the safety or any person or the
21  community.
22       The Court has considered all of the evidence adduced at the hearing and the
23  arguments and/or statements of counsel. The Court has also considered: (1) the nature and
24  circumstances of the offenses; (2) the weight of evidence against the defendant; (3) the
25  history and characteristics of the defendant; and (4) the nature and seriousness of the
26  danger to any person or the community.
27
28

1  The Court finds that no condition or combination of conditions will reasonably
2  assure the defendant's appearance as required, and that the defendant is a flight risk
3  because of the following factors:

4  ( X )  status as an illegal alien,
5  ( X )  insufficient bail resources,
6  ( X )  insufficient ties to the local community and strong ties to a foreign
7        country,
8  ( X )  prior deportations
9  ( X )  use of more than one birth date,
10 ( X )  unstable employment history,
11 ( X )  extensive criminal history, and
12 ( X )  Pretrial Services's report and recommendation to detain the defendant
13       for the reasons set forth in the Pretrial Services's report.

14 IT IS THEREFORE ORDERED that defendant be: (1) detained prior to trial and
15 committed to the custody of the Attorney General for confinement in a corrections facility
16 separate, to the extent practicable, from persons awaiting or serving sentences or being held
17 in custody pending appeal; and (2) afforded reasonable opportunity for private consultation
18 with counsel.  IT IS FURTHER ORDERED that, on order of a Court of the United States
19 or on request of any attorney for the Government, the person in charge of the corrections
20 facility in which defendant is confined deliver defendant to a United States marshal for the
21 purpose of an appearance in connection with a court proceeding.

23 Dated:  April 20, 2007

/ s /
_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE